# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 49 MAL 2019
:
        Respondent : 
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
        v. :
:
:
DONALD WASHINGTON, :
:
        Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of June, 2019, the Petition for Allowance of Appeal is **DENIED**.